CARLIN et al., Respondents, v. STRAU-KAMP et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 15, 1901.) Action by Patrick J. Carlin, Frederick W. Carlin, and John J. Carlin against Henry J. Straukamp, as trustee, etc., and the Consumers' Hygienic Ice Company. No opinion. Judgment unanimously affirmed, with costs.

CARVER, Respondent, v. WAGNER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 26, 1901.) Action by Augustus E. Carver, as executor, against Harriet A. Wagner and another. No opinion. Judgment affirmed, with costs.

CATTANO, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 6, 1901.) Action by Frank Cattano, as administrator of the estate of Paul Cattano, against the Metropolitan Street Railway Company. From a judgment for the plaintiff, and from an order denying a new trial, defendant appeals. C. F. Brown, for appellant. R. Foster, for respondent.

PER CURIAM. Judgment affirmed.

VAN BRUNT, P. J. I dissent. The plaintiff seems to have been thrown from the front platform of the car in some way by the putting on of the brake. If it was caused by the people pressing too closely to the driver, so that he struck them in putting on the brake, I do not see that there was any negligence shown on his part. If the crowded state of the platform made it dangerous for the deceased to ride there, it seems to me that that danger was just as evident to him as it was to the officials in charge of the car. I am unable to see in what the negligence of the defendant consists.

CENTRAL PRESBYTERIAN CHURCH OF BUFFALO, Respondent, v. PALMER, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 26, 1901.) Action by the Central Presbyterian Church of Buffalo against Alice Palmer.

PER CURIAM. Interlocutory judgment modified, so as to give the defendant the right, at any time within 20 days after service of a copy of this decision, to withdraw her demurrer and answer, upon payment of the costs of the demurrer and costs as of one appeal in this court, and, as thus modified, said judgment is affirmed, with costs. In the event that the defendant elects to withdraw her demurrer and answer, the final judgment is vacated; otherwise, affirmed, without costs.

CENTRAL TRUST CO. OF NEW YORK, Respondent, v. NEW YORK & W. WATER CO. et al., Respondents (BAILEY et al., Appellants). (Supreme Court, Appellate Division, Second Department. November 15, 1901.) Action by the Central Trust Company of New York against the New York & Westchester Water Company and others. No opinion. Motion to dismiss appeal, and motion to strike the appeals of the defendants Gray and Bailey from the calendar, denied.

CHENANGO VAL. SAV. BANK, Appellant, v. KING, Respondent. (Supreme Court, Appellate Division, Third Department. November 13, 1901.) Action by the Chenango Valley Savings Bank against John L. King, as commissioner, etc. No opinion. Judgment affirmed, with costs. All concur, except PARKER, P. J., dissenting.

CHILDS v. COMSTOCK et al. (Supreme Court. Appellate Division, First Department. November 15, 1901.) Action by Eversley Childs against Albert Comstock and another. No opinion. Motion denied, upon payment of $10 costs, and, upon payment of additional $10, leave given to apply to court below to open default upon such terms as that court may think proper.

CHRISTENSEN, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 8, 1901.) Action by Margarethe Christensen against the Metropolitan Street Railway Company. C. F. Brown, for appellant. A. H. Schwartz, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

In re CITY OF BUFFALO. (Supreme Court, Appellate Division, Fourth Department. November 19, 1901.) In the matter of the appointment of a trustee of the city and county hall, for the use of the city of Buffalo and county of Erie, in place of Henry Breitwieser, deceased. No opinion. Order appointing Wadsworth J. Zittel a trustee of the city and county hall, in place of Henry Breitwieser, deceased, filed with the clerk and certified to Erie county.

CLARK, Appellant, v. MAINE et al., Respondents. (Supreme Court, Appellate Division, Third Department. December 7, 1901.) Application of Allen Clark against Harrison C. Maine and others. No opinion. Order affirmed, with $10 costs and disbursements, on the ground that we see no reason to interfere with the discretion exercised by the special term.

COFFEY, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 22, 1901.) Action by Catharine Coffey against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order reversed on argument, and new trial granted, costs to abide the event, on ground of error in charge to the effect that the jury could predicate defendant's negligence on the fact that the gate at the highway crossing was not operated at night.